**COMMONWEALTH of Pennsylvania Acting by Attorney General D. Michael FISHER, Appellee,**

v.

**GREATER MINISTRIES INTERNA-TIONAL, INC. and Gerald Payne, Betty Payne, Don Hall, Brenda Hall, Jim List, Patrick Henry Talbert, a/k/a Patrick Henry Talbot a/k/a Patrick Henry, Appellants.**

Supreme Court of Pennsylvania.

April 19, 2000.

### ORDER

PER CURIAM:

**ND NOW,** this 19th day of April, 2000, the Commonwealth's motion to quash the appeal is granted. The appeal is quashed.

■

**In the Matter of Russell F. D'AIELLO, Jr.**

**No. 587 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2000.

### ORDER

PER CURIAM:

AND NOW, this 16th day of June, 2000, a Rule having been entered by this Court on May 15, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Russell F. D'Aiello, Jr., to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Russell F. D'Aiello, Jr., is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.